IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BO HUNT** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | |
| : | **NO. 25-1323** |
| **VALLEY FORGE MILITARY** : | |
| **ACADEMY FOUNDATION** : | |

### ORDER

**AND NOW,** this 2nd day of April, 2025, upon consideration of Plaintiff's response to Defendant's Emergency Motion to Seal in which Plaintiff does not oppose the Motion, it is hereby ORDERED that within ten (10) days of the date of this Order, the Plaintiff shall file an Amended Complaint with pseudonyms for the student third parties. Counsel should consult with each other to determine appropriate pseudonyms for these individuals. The initial Complaint (DKT. 1) shall remain under seal.

BY THE COURT:

_____
GAIL WEILHEIMER          J.