UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BO HUNT, :<br>:<br>    *Plaintiff*, :<br>:<br>vs. :<br>:<br>VALLEY FORGE MILITARY ACADEMY :<br>FOUNDATION d/b/a VALLEY FORGE MILITARY :<br>ACADEMY AND COLLEGE, :<br>:<br>    *Defendant*. :<br>: | Civil Action No. 2:25-cv-01323 |

## **VALLEY FORGE MILITARY ACADEMY FOUNDATION'S MOTION TO DISMISS**

Defendant Valley Forge Military Academy Foundation d/b/a Valley Forge Military Academy and College ("Valley Forge"), by and through counsel, hereby submits its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Valley Forge is entitled to judgment in its favor as a matter of law as to all claims raised in Plaintiff's Amended Complaint. For the reasons set forth in this Motion and accompanying Memorandum of Law, Valley Forge respectfully requests that the Court grant this Motion and dismiss Plaintiff's Amended Complaint.

Respectfully submitted,

/s/ George C. Morrison, Esq.
George C. Morrison, Esquire (PA 203223)
Andrew T. Simmons, Esquire (PA 331973)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-3909
george.morrison@bipc.com
andrew.simmons@bipc.com
Counsel for Defendant

Dated: June 11, 2025

## CERTIFICATE OF SERVICE

I, Geroge C. Morrison, Esquire, hereby certify that a true and correct copy of the foregoing document was served via ECF upon the following parties on June 11, 2025:

THE LAW OFFICE OF KEITH ALTMAN
Solomon Radner, Esquire
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Phone: 248-987-8929
solomonradner@kaltmanlaw.com

Devon M. Jacob, Esquire
Jacob Litigation, Inc.
P. O. Box 837
Mechanicsburg, PA 17055-0837
Phone: 717-796-7733
djacob@jacoblitigation.com

**BUCHANAN INGERSOLL & ROONEY PC**

By:  */s/ George C. Morrison*
    George C. Morrison, Esq.
    *Attorneys for Defendant*