**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BO HUNT, | : |
| | : |
| *Plaintiff*, | : |
| | : Civil Action No. 2:25-cv-01323 |
| vs. | : |
| | : |
| VALLEY FORGE MILITARY ACADEMY | : |
| FOUNDATION d/b/a VALLEY FORGE MILITARY | : |
| ACADEMY AND COLLEGE, | : |
| | : |
| *Defendant*. | : |
| | : |

**DEFENDANT VALLEY FORGE MILITARY ACADEMY FOUNDATION'S
MOTION FOR LEAVE TO FILE A REPLY**

Defendant Valley Forge Military Academy Foundation (hereinafter "Defendant" or "Valley Forge"), by and through its undersigned counsel, hereby respectfully moves this Honorable Court for leave to file a Reply to Plaintiff Bo Hunt's (hereinafter "Plaintiff") Response to Defendant's Motion to Strike or Alternatively to Dismiss Plaintiff's Second Amended Complaint (ECF No. 35). In support thereof, Valley Forge states as follows:

1. On July 31, 2025, Plaintiff filed his Second Amended Complaint wherein he alleged a single count under "Title IX of the Education Act Amendments of 1972." (ECF No. 30).

2. On August 8, 2025, Valley Forge filed its Motion to Strike or Alternatively to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 31).

3. On August 22, 2025, Plaintiff filed his Response to Valley Forge's Motion to Strike or Alternatively to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 35).

4. The Honorable Gail A Weilheimer's Guidelines provide that "Reply briefs are not permitted without leave of court. Motions for Leave to file a Reply shall be docketed within <u>five</u>

days of the docketing of the response with a courtesy copy sent to chambers." Judge Weilheimer Guidelines at § X (C).

5.    "Motions for Leave should highlight the specific issues raised in the response brief to which a reply is requested." *Id.*

6.    Defendant moves to Reply to Plaintiff's Response to address: (a) the fact that Plaintiff's Response has alleged new facts not contained in his Second Amended Complaint; (b) Plaintiff's misapplication of *Doe v. Univ. of Scis.,* 961 F.3d 203 (3d Cir. 2020); and, (c) Plaintiff's mischaracterization of interactions between counsel during this litigation.

7.    Defendant respectfully submits that its Reply is warranted to provide clarification to the ambiguous legal arguments, mischaracterizations, and new facts that Plaintiff seeks to introduce through a Response to Valley Forge's Motion to Dismiss.

**WHEREFORE**, Valley Forge respectfully requests that this Honorable Court grant its Motion for Leave to File a Reply in the form of the Order attached hereto as Exhibit A.

Respectfully submitted,

*/s/ George C. Morrison, Esq.*
George C. Morrison, Esquire (PA 203223)
Andrew T. Simmons, Esquire (PA 331973)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-3909
george.morrison@bipc.com
andrew.simmons@bipc.com
*Counsel for Defendant*

Dated: August 26, 2025

2

## <u>CERTIFICATE OF SERVICE</u>

I, George C. Morrison, Esquire, hereby certify that on August 26, 2025, I electronically filed a true and correct copy of the foregoing document using this Court's CM/ECF system, which will send notification of such filing upon the following counsel of record:

THE LAW OFFICE OF KEITH ALTMAN
Solomon Radner, Esquire
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Phone: 248-987-8929
solomonradner@kaltmanlaw.com

Devon M. Jacob, Esquire
Jacob Litigation, Inc.
P. O. Box 837
Mechanicsburg, PA 17055-0837
Phone: 717-796-7733
djacob@jacoblitigation.com

BUCHANAN INGERSOLL & ROONEY PC

By:    */s/ George C. Morrison*
       George C. Morrison, Esq.
       *Counsel for Defendant*