# EXHIBIT A

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| BO HUNT, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| | : | Civil Action No. 2:25-cv-01323 |
| vs. | : | |
| | : | |
| VALLEY FORGE MILITARY ACADEMY | : | |
| FOUNDATION d/b/a VALLEY FORGE MILITARY | : | |
| ACADEMY AND COLLEGE, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

## ORDER

NOW, this _____ day of _____, 2025, upon consideration of Defendant Valley Forge Military Academy Foundation's Motion for Leave to File a Reply to Plaintiff's Response, it is ORDERED that Defendant's Motion for Leave is GRANTED.


**BY THE COURT:**


_____

**Weilheimer, J.**