**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BO HUNT, | : |
| | : |
| *Plaintiff,* | : |
| | : |
| | :   Civil Action No. 2:25-cv-01323 |
| vs. | : |
| | : |
| VALLEY FORGE MILITARY ACADEMY | : |
| FOUNDATION d/b/a VALLEY FORGE MILITARY | : |
| ACADEMY AND COLLEGE, | : |
| | : |
| *Defendant.* | : |
| | : |

**DEFENDANT VALLEY FORGE MILITARY ACADEMY FOUNDATION'S**
**BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A REPLY**

Defendant Valley Forge Military Academy Foundation (hereinafter "Defendant" or "Valley Forge"), by and through its undersigned counsel, hereby submit the following brief in support of its Motion for Leave to File a Reply to Plaintiff Bo Hunt's (hereinafter "Plaintiff") Response to Defendant's Motion to Strike or Alternatively to Dismiss Plaintiff's Second Amended Complaint (ECF No. 35). For the reasons set forth in its Motion for Leave to File a Reply and more fully set forth below, Defendant respectfully requests that this Honorable Court grant its Motion for Leave to File a Reply.

## I.      Brief Procedural History

On July 31, 2025, Plaintiff filed his Second Amended Complaint wherein he alleged a single count under "Title IX of the Education Act Amendments of 1972." (ECF No. 30). On August 8, 2025, Valley Forge filed its Motion to Strike or Alternatively to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 31). On August 22, 2025, Plaintiff filed his Response to Valley Forge's Motion to Strike or Alternatively to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 35).

## II.    Issues Raised in the Response Brief to Which a Reply is Requested

Pursuant to Your Honor's Guidelines, "Reply briefs are not permitted without leave of court. Motions for Leave to Reply shall be docketed within <u>five</u> days of the docketing of the response with a courtesy copy sent to chambers." Judge Weilheimer Guidelines at § X (C). "Motions for Leave should highlight the specific issues raised in the response brief to which a reply is requested." *Id.* As a general rule, leave to file additional briefs is granted when the filing would assist the court in its consideration of the issues before it. *See McNiff v. Asset Mgmt. Specialists., Inc.*, 337 F. Supp. 2d 685, 688 n.1 (E.D. Pa. 2004).

Defendant moves to Reply to Plaintiff's Response to address the following issues: (a) in his attempt to avoid dismissal, Plaintiff's Response has alleged new facts not contained in his Second Amended Complaint; (b) Plaintiff's misapplication of *Doe v. Univ. of Scis.,* 961 F.3d 203 (3d Cir. 2020); and, (c) Plaintiff's mischaracterization of interactions between counsel during this litigation.

First, the law is clear that the Complaint "may not be amended by the briefs in opposition to a motion to dismiss." *Pryce v. PrimeCare Med.,* No. CV 21-753, 2024 WL 3761733, at *4 (E.D. Pa. Aug. 12, 2024), *aff'd as modified*, No. 24-2685, 2025 WL 1293077 (3d Cir. May 5, 2025) (quoting *Pa. ex rel. Zimmerman v. PepsiCo, Inc.*, 836 F.2d 173, 181 (3d Cir. 1988)); *Federico v. Home Depot*, 507 F.3d 188, 202 (3d Cir. 2007) ("[W]e do not consider after-the-fact allegations in determining the sufficiency of [a] complaint under … 12(b)(6)."). Plaintiff's Response improperly raises new allegations not contained in his Second Amended Complaint.

Second, Defendant seeks leave to Reply to Plaintiff's reliance on and misapplication of *Doe v. Univ. of Scis.,* 961 F.3d 203 (3d Cir. 2020). In *Doe v. Univ. of Scis.*, the Third Circuit found two allegations in the complaint sufficient to state a plausible Title IX claim, both of which are

absent from Plaintiff's Second Amended Complaint. *See* ECF No. 30. Plaintiff's misapplication of *Doe v. Univ. of Scis.* and the state of the law in the Third Circuit warrants clarification. Finally, Defendant's Reply will be used to rebut Plaintiff's mischaracterization of interactions between counsel preceding his filing of the Second Amended Complaint.

### III.    Conclusion

Defendant respectfully submits that its Reply will assist this Court in dismissing Plaintiff's Second Amended Complaint by addressing the foregoing issues. Wherefore, Defendant respectfully requests that this Honorable Court grant its Motion for Leave. A proposed form of Order is submitted herewith.

Respectfully submitted,

*/s/ George C. Morrison, Esq.*
George C. Morrison, Esquire (PA 203223)
Andrew T. Simmons, Esquire (PA 331973)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-3909
george.morrison@bipc.com
andrew.simmons@bipc.com
*Counsel for Defendant*

Dated: August 26, 2025