IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BO HUNT, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | 2:25-cv-01323 |
| | : | |
| VALLEY FORGE MILITARY ACADEMY | : | |
| AND COLLEGE | : | |
| *Defendant.* | : | |

**ORDER**

AND NOW, this 2nd day of September, 2025, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED pursuant to the Court's inherent authority:

1. Attorney Solomon M. Radner is REPRIMANDED for violation the Rules of Civil Procedure. Filing a legally and factually frivolous complaint and failing to remedy those failings for several months wastes judicial resources and those of Defendant.

2. Attorney Solomon M. Radner shall personally PAY $5,902 to Defendant Valley Forge Military Academy and College within 45 days, or another timeline if the Parties agree. Should 45 days not be enough time and the Parties cannot agree on another timeline, the Parties should immediately inform the Court of that disagreement, which the Court will resolve in a virtual status conference.

3. Within 60 days, Attorney Solomon M. Radner is ORDERED to attend, either via virtually or in person, a continuing legal education course of at least one

hour which discusses the steps a Plaintiff must go through before the filing of a Complaint, including investigation of a claim. Mr. Radner is further ordered that all current attorneys or support staff under his supervision or assisting with this matter are required to attend this CLE with him. Mr. Radner should file a certification with the Court upon his completion of this requirement, and should include in that certification the names of all attendees from his Firm.

4. Attorney Solomon M. Radner, admitted *pro hac* vice, will be under a continued obligation to have local counsel co-sign every filing in this matter until such time as this Court may release him from that obligation.

BY THE COURT:

_____
GAIL A. WEILHEIMER    J.